UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| WILLIAM RAINER,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>D. CHAPMAN; et al.,<br><br>  Defendants - Appellees. | No. 06-16945<br>D.C. No. CV-04-05343-OWW<br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [X]

Explanation: NO COGNIZABLE CLAIMS STATED IN COMPLAINT. PLAINTIFF GRANTED LEAVE TO AMEND

_____
Judge
United States District Court

Date: 11-9-06