IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAINER, | 1:04-cv-05343-OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| D CHAPMAN, et al., | (DOCUMENT #28) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On June 23, 2008,  plaintiff filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations.

   IT IS SO ORDERED.

   Dated:   **July 10, 2008**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE